[No. 52617-1-I. Division One. October 25, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN WILLIAM EVANS, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 29, 2005. Substitute opinion filed. See 128 Wn. App. ___.

[No. 52682-1-I. Division One. October 25, 2004.]

THE STATE OF WASHINGTON, *Appellant*, v. RONALD RICHARD BROWN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-03768-7, Beverly Grant and Charles W. Mertel, JJ., entered July 2 and 16, 2003. *Reversed* by unpublished opinion per Baker, J., concurred in by Cox, C.J., and Schindler, J.

[No. 52717-7-I. Division One. October 25, 2004.]

DWAINE CASMEY, *Respondent*, v. RAYMOND J. SMITH, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-32409-4, James A. Doerty, J., entered June 26, 2003. *Reversed with instructions* by unpublished opinion per Cox, C.J., concurred in by Agid and Appelwick, JJ.

[No. 52908-1-I. Division One. October 25, 2004.]

DONNA MACKENZIE, *Respondent*, v. THOM FISCHER, *Appellant*.

Appeal from judgments of the Superior Court for Whatcom County, No. 99-2-00040-1, Steven J. Mura, J., entered November 1 and 22, 2002, and July 23, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Baker, J., concurred in by Cox, C.J., and Schindler, J.